cv6-124.GTE 

TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00124-CV

GTE Southwest, Incorporated; Public Utility Commission of Texas; and

Southwestern Bell Telephone Company, Appellants

v.

Texas Association of Long Distance Telephone Companies; MCI Telecommunications

Corp.; and AT&T Communications of the Southwest, Inc., Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. 94-11696, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint motion to dismiss the cause and to vacate the trial court
judgment. The motion is granted. Tex. R. App. P. 59(a)(1)(A). 

 The judgment of the trial court is vacated and the cause is dismissed.

Before Justices Powers, Aboussie and Jones

Judgment Vacated and Cause Dismissed on Joint Motion

Filed: December 19, 1996

Do Not Publish